IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U.S. BANK NATIONAL ASSOCIATION,

       Plaintiff,                    No. CIV S-12-1324 LKK CKD PS

       vs.

PAVEL SAMUYLIK,

       Defendant.              ORDER

_____/

       Defendant, proceeding pro se, removed the above-entitled action from state court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

       On May 22, 2012, the magistrate judge filed findings and recommendations herein which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed objections to the findings and recommendations and a reply thereto has been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  /////

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. The findings and recommendations, filed May 22, 2012, are adopted in full; and

5  2. The above-entitled action is summarily remanded to the Superior Court of California, County of Placer.

DATED: June 19, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT